**BEAVER COUNTY JUSTICE COURT**
**BEAVER, STATE OF UTAH**
**BEAVER CITY vs. VOLLMAR, CURTIS**

**CASE NUMBER**   221000130 - Infraction

CURRENT ASSIGNED JUDGE: SHADRACH C BRADSHAW

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Plaintiff | BEAVER CITY | |
| Defendant | CURTIS VOLLMAR | MARY CORPORON |

**Charges**

| | Offense | Offense Date |
|---|---|---|
| Charge 1 | 76-9-102 - DISORDERLY CONDUCT Infraction<br>**Plea:**          August 22, 2022 Not Guilty | July 23, 2022 |

**Events**

| Date | Event |
|---|---|
| July 28, 2022 | Case filed by efiler |
| July 29, 2022 | **** PRIVATE **** Filed: Citation (copy) |
| August 12, 2022 | ARRAIGNMENT          set on 08/31/2022 |
| August 12, 2022 | NOTICE for Case 221000130 ID 18062973 |
| August 12, 2022 | Filed: Notice for Case 221000130 IF Judge: SHADRACH C BRADSHAW |
| August 22, 2022 | Filed: Request for Discovery Formal Request for Discovery Pursuant to Rule 16 of the Rules of Criminal Procedure |
| August 22, 2022 | Filed: Appearance of Counsel/Notice of Limited Appearance Appearance of Counsel, Entry of Plea  Jury Demand |
| August 22, 2022 | Filed: Return of Electronic Notification |
| August 24, 2022 | Filed: Request to Disclose 404(b) Evidence |
| August 24, 2022 | Filed: Return of Electronic Notification |
| August 25, 2022 | Charge 1  Plea is Not Guilty |
| August 25, 2022 | NOTICE for Case 221000130 ID 18103762 |
| August 25, 2022 | NOTICE for Case 221000130 ID 18103763 |
| August 25, 2022 | ARRAIGNMENT Modified |
| August 25, 2022 | PRETRIAL CONFERENCE  set on 09/07/2022 |
| August 26, 2022 | Filed: Return of Electronic Notification |
| August 31, 2022 | PRETRIAL CONFERENCE resched to 10/12/202 |
| August 31, 2022 | HEARING |
| September 01, 2022 | Filed: HEARING |
| September 02, 2022 | Filed: Return of Electronic Notification |