IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH ANIMAL RIGHTS COALITION, a non-profit corporation; DIRECT ACTION EVERYWHERE SF BAY AREA, an unincorporated association; CURTIS A. VOLLMAR, an individual; ALEXANDER J. TAYLOR, an individual; and MAXWELL J. CORWIN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BEAVER COUNTY, a political subdivision; CAMERON NOEL, an individual; WARREN G. WOOLSEY, an individual; and LONNIE LAWS, an individual;<br><br>Defendants. | **JUDGMENT**<br><br>Case No. 2:22-cv-00497-JNP-DBP<br><br>District Judge Jill N. Parrish |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Utah Animal Rights Coalition, Direct Action Everywhere SF Bay Area, Curtis A. Volmer, Alexander J. Taylor, and Maxwell J. Corwin and against defendants Beaver County, Cameron Noel, Warren G. Woolsey, and Lonnie Laws, jointly and severally, in the amount of $52,000, along with all reasonable attorney fees and costs allowed by federal law that have accrued as of the date of the Offer of Judgment.

DATED September 6, 2023.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge
